UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:17-cv-61536-UU

CARLOS BENDAYAN, *et al.*,

    Plaintiffs,

v.

DYMANIC INTERNATIONAL AIRWAYS, LLC, *et al.*,

    Defendants.
_____/

**<u>ORDER</u>**

THIS CAUSE is before the Court upon Plaintiffs' Response to Order [D.E.10], Motion to Drop Captain Todd Thielbar and Incorporated Memorandum of Law.  D.E. 14.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On August 2, 2017, Plaintiffs filed their Complaint against Defendants, including Defendant, Captain Todd Thielbar.  D.E. 1.  On August 10, 2017, the Court ordered Plaintiffs to show cause why the case should not be dismissed as to Captain Todd Theilbar because the Montreal and Warsaw Conventions permit claims only against carriers.  On August 18, Plaintiffs responded that Captain Todd Theilbar had been misjoined.  Plaintiffs, therefore, moved the Court to drop Defendant, Captain Todd Theilbar, pursuant to Federal Rule of Civil Procedure 21. Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendant, Captain Todd Theilbar, is DROPPED from this action.  It is further

ORDERED AND ADJUDGED that the case is CLOSED for administrative purposes.

DONE AND ORDERED in Chambers, Miami, Florida, this 21st day of August, 2017.

*[signature]*
UNITED STATES DISTRICT JUDGE

cc: counsel of record.